CARTER *v.* STATE.

[82 South. 146, Division A. No. 20645.]

FALSE PRETENSES. *Making of pretense. Evidence.*

In this case which was a prosecution for obtaining money under false pretenses the court held that the evidence did not show that any false representations were made.

APPEAL from the circuit court of Marion county.

HON. A. E. WEATHERSBY, Judge.

S. G. Carter, was convicted of obtaining money under false pretenses and appeals.

The facts are sufficiently stated in the opinion of the court.

*Davis & Langston,* for appellant.

*Earl N. Floyd,* Assistant Attorney General, for the State.

SMITH, C. J., delivered the opinion of the court.

This is an appeal from a conviction of the crime of obtaining money under false pretenses. The indictment alleged that the appellant "did then and there willfully, unlawfully, fraudently, knowingly and falsely pretend and represent to the said O. M. Forbes that he, the said defendant, was an agent of and had authority to represent the Department of Public Education of the state of Mississippi in propounding teachers' examinations for licenses to teach in the public schools of the said state, and in procuring lifetime licenses to entitle persons to teach in the said public schools, and if he, the said O. M. Forbes, would pay to the said defendant the sum of twenty-two dollars," the appellant would procure for him a lifetime license to teach in the public schools.

The allegation that the appellant represented to Forbes that he was an agent of and had authority to represent the Department of Public Education of the state of Mississippi was not only not supported by the evidence, but it appears from the testimony of Forbes himself that no such representation was made to him. The verdict therefore is not supported by the evidence, and consequently the judgment of the court below will be reversed, and the cause remanded.

*Reversed and remanded.*